BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net

Attorney for Defendant
KARIM ISKANDER BAYYOUK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KARIM ISKANDER BAYYOUK,<br><br>　　　　Defendant. | CASE NO. CR-12-0420-EMC |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BASSAM YACOUB SALMAN<br>a/k/a Bassam Jacob Salman,<br><br>　　　　Defendant. | CASE NO. CR-11-0625-EMC |

**STIPULATION AND [PR~~OP~~OSED] ORDER SETTING
HEARING AND BRIEFING SCHEDULE**

Pursuant to the Court's Order at the October 31, 2012 Status Hearing in the above-captioned matters, the parties have met and conferred regarding a briefing schedule on the

-1-

United States' Motion for a Joint Trial of Separate Cases which is currently set for hearing on December 19, 2012. It is hereby stipulated and agreed by and between the parties, through their respective counsel of record, and respectfully requested that the Court order as follows:

1. Defendants shall file their Oppositions to the United States' Motion for a Joint Trial of Separate Cases no later than December 5, 2012.

2. Plaintiff United States shall file its Reply to Defendants' Oppositions to the United States' Motion for a Joint Trial of Separate Cases no later than December 12, 2012.

3. The hearing on the Motion for a Joint Trial of Separate Cases shall be heard on December 19, 2012 at 2:30 p.m.

**IT IS SO STIPULATED.**

Dated: November 8, 2012

LAW OFFICES OF BRIAN H GETZ

By: */s/Brian H Getz*
Brian H Getz
Attorney for Defendant Karim Bayyouk

Dated: November 8, 2012

LAW OFFICES OF GAIL SHIFMAN

By: */s/Gail Shifman*
Gail Shifman
Attorney for Defendant Bassam Yacoub Salman

Dated: November 8, 2012

MELINDA HAAG
UNITED STATES ATTORNEY

By: */s/Adam A. Reeves*
ADAM A. REEVES
Assistant United Attorney

# [PROPOSED]

# ORDER

Based on the foregoing, and good cause appearing, the United States' Motion for a Joint Trial of Separate Cases shall be heard on December 19, 2012 at 2:30 p.m. Defendants shall file their Oppositions to the United States' Motion for a Joint Trial of Separate Cases on December 5, 2012 and the United States shall file its Reply Brief to Defendants' Oppositions on December 12, 2012.

**IT IS SO ORDERED.**

Dated: November \_\_\_\_13\_\_\_\_, 2012       _____

THE HONORABLE EDWARD M. CHEN
United States District Judge

