MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KARIM ISKANDER BAYYOUK, ) <br> ) <br> Defendant. ) <br>  ) | Case No. 12-CR- 0420 EMC <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

WHEREAS, on June 26, 2012, the defendant, Karim Iskander Bayyouk, appeared pursuant to a Summons and was arraigned in this matter before Magistrate Judge Nathanael Cousins and the case was adjourned to September 10, 2012 before Judge Ware;

WHEREAS, on June 28, 2012, counsel for the defendant sent a letter to the government requesting Rule 16 discovery in this case;

WHEREAS, on June 29, 2012, the United States began its production of approximately 937,000 pages of documents and other materials to counsel for the defendant;

WHEREAS, on July 3, 2012, Judge Cousins issued an Order excluding time for the purposes of the defendant's speedy trial rights from July 3, 2012 to September 10, 2012;

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Bayyouk*, Case No. 12-CR-0420 JW

1

1        WHEREAS, on July 9, 2012, the United States filed a Notice of Related Case;

2        WHEREAS, on July 18, 2012, the District Court issued an Order that this case was related to other cases pending before Judge Chen and assigned the case to Judge Chen;

       WHEREAS, on July 30, 2012, Judge Chen ordered that the initial appearance be re-scheduled for September 26, 2012;

       WHEREAS, on September 26, 2012, the initial appearance was held before the District Court and the Court made a finding that time should be excluded for purposes of the defendant's speedy trial rights until October 31, 2012;

       WHEREAS, on October 31, 2012, the United States filed its Motion for a Joint Trial of Separate Cases and the Court conducted a hearing in which the Court made a finding that time should be excluded for purposes of the defendant's speedy trial rights until December 19, 2012;

       WHEREAS, counsel for the defendant has advised the defendant about his right to a speedy trial and the defendant agrees that his counsel needs additional time to review the discovery in this matter;

       WHEREAS, the parties agree that the exclusion of time under the speedy trial rules from September 10, 2012 until December 19, 2012 is appropriate because (1) defense counsel requires reasonable time for effective preparation, taking into account the exercise of due diligence; (2) this exclusion serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and (3) the Court has already made findings, as described above, that are consistent with this proposed form of order;

       WHEREAS, defendant, Karim Iskander Bayyouk, consents to the exclusion of time from September 10, 2012 until December 19, 2012;

       THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from September 10, 2012 until December 19, 2012 shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Bayyouk*, Case No. 12-CR-0420 JW

DATED: November 26, 2012                MELINDA HAAG
                                        United States Attorney

                                        /s/
                                        _____

                                        Adam A. Reeves
                                        Assistant United States Attorney


DATED: November 26, 2012                /s/
                                        _____

                                        Brian H. Getz, Esq.
                                        Counsel to Karim Iskander Bayyouk

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Bayyouk*, Case No. 12-CR-0420 JW

**[PROPOSED] ORDER EXCLUDING TIME**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The ends of justice are served by finding that the exclusion of time under the speedy trial rules from September 10, 2012 until December 19, 2012 is appropriate to permit defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and, under the circumstances, this exclusion serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases. Therefore the Court concludes that the exclusion of time from September 10, 2012 until December 19, 2012 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED: 11/29/12

IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Bayyouk*, Case No. CR 12-0420 JW

4