MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Adam.Reeves@usdoj.gov
            Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KARIM ISKANDER BAYYOUK,<br><br>    Defendant. | No. CR 12-0420 EMC<br><br>STIPULATION AND [PR~~OPOSED~~]<br>ORDER EXCLUDING TIME |

WHEREAS, on June 29, 2012, the United States began its production of approximately 937,000 pages of documents and other materials to counsel for the defendant;

WHEREAS, counsel for the defendant needs time to review the discovery;

WHEREAS, the Court set this case for trial on August 26, 2013;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances, the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0420 EMC

| | |
|---|---|
| 1 | WHEREAS, the defendant consents to the exclusion of time from December 19, |
| 2 | 2012, to August 26, 2013; |
| 3 | THEREFORE, it is hereby stipulated by and between the parties, through their respective |
| 4 | counsel of record, that the period of time from December 19, 2012, to August 26, 2013, shall be |
| 5 | excluded in computing the time within which the trial of the offenses alleged in the Indictment |
| 6 | must commence under 18 U.S.C. § 3161. |

DATED: December 21, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

DATED: December 21, 2012

BRIAN H. GETZ, ESQ.
Law Offices of Brian H. Getz

_____/s/_____
BRIAN H. GETZ, ESQ.
Counsel to Defendant Karim Iskander Bayyouk

## ORDER EXCLUDING TIME

Pursuant to stipulation, it is HEREBY ORDERED as follows:

The Court finds that the ends of justice served by granting a continuance from December 19, 2012, to August 26, 2013, outweigh the best interests of the public and the defendant in a speedy trial. The Court ORDERS that the time between December 19, 2012, and August 26, 2013, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

DATED: December \_\_, 2012    January 15, 2013



The Honorable
United States

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0420 EMC