1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   ADAM A. REEVES (NYBN 2363877)
   ROBERT S. LEACH (CABN 196191)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Adam.Reeves@usdoj.gov
       Robert.Leach@usdoj.gov
9
   Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,            )  CASE No. CR 12-0420 EMC
                                        )
15         Plaintiff,                   )  STIPULATION REGARDING BRIEFING
                                        )  SCHEDULE FOR DEFENDANT'S
16    v.                                )  MOTION FOR NEW TRIAL
                                        )
17 KARIM ISKANDER BAYYOUCK,             )
                                        )
18         Defendant.                   )
                                        )
   _____     )
19                              STIPULATION

20         The parties hereby stipulate to the following briefing schedule for Defendant's Motion for a New

21 Trial, filed September 17, 2013 (ECF No. 124):

22         Government's opposition due:        October 9, 2013

23         Defendant's reply (if any):         October 16, 2013

24         Hearing on motion:                  October 23, 2013, at 1:30 p.m.

25         STIPULATED AND AGREED TO:

26

27
   STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR NEW TRIAL, CR 12-0420
28 EMC
                                            1

DATED: September 25, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys


LAW OFFICES OF BRIAN H GETZ


__/s/_____
BRIAN H GETZ, ESQ.
Counsel for Defendant
Karim Iskander Bayyouk


ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing

therefor, the briefing schedule listed above is HEREBY ORDERED.


Dated: _____ 9/25/13

_____
Hon.
Unite

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR NEW TRIAL, CR 12-0420
EMC

2